FILED
2006 Aug-15 PM 02:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO91 (Rev. 5/93 ND/AL) Criminal Complaint

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

## CRIMINAL COMPLAINT

UNITED STATES OF AMERICA

v.

CASE NUMBER: MAg 06-157

RANDY MARTIN

I, Cynthia Carreiro, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on about May 17, 2006 continuing to on or about August 11, 2006 in Jefferson County, in the Northern District of Alabama, and elsewhere, the defendant did knowingly use a facility and means of interstate commerce, that is a computer accessing an Internet service provider, to attempt to persuade, induce, and entice any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18 United State Code, Section 2422(b). I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT INCORPORATED BY REFERENCE

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

August 14, 2006   11:15           at        Birmingham, Alabama
Date                                          City and State

JOHN E. OTT
United States Magistrate Judge            _____
Name and Title of Judicial Officer        Signature of Judicial Officer